# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| IN RE WOOD RIVER HEALTH DATA BREACH LITIG. | No. 1:25-cv-376<br><br>Chief District Judge John J. McConnell, Jr.<br>Magistrate Judge Amy E. Moses<br><br>*Related Actions*:<br>No. 1:25-cv-377<br>No. 1:25-cv-379<br>No. 1:25-cv-386 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Thomas Gentile, James Rantanen, Kasey Potter, and Frank Corrente (collectively, "Plaintiffs") hereby dismiss this action <u>without</u> prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed.

Dated: October 6, 2025

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (admitted *Pro Hac Vice*)
Grayson Wells (admitted *Pro Hac Vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

Kensley R. Barrett, Esq.
**MARIN BARRETT & MURPHY**
1000 Chapel View Boulevard, Suite 260
Cranston, RI 02920
Tel: (401) 228-8271
kb@marinbarrettmurphy.com

***Counsel for Plaintiff Thomas Gentile and the Proposed Class***

Damon P. Borrelli, Esq. #9652
**BORRELLI LAW**
5792 Post Road
East Greenwich, RI 02818
Tel: (401) 633-6339

Jarrett L. Ellzey
Texas Bar No. 24040864
**EKSM, LLP**
4200 Montrose
Houston, TX 77006
Tel: (888) 350-3931
jellzey@eksm.com

*Counsel for Plaintiff James Rantanen*

Anthony R. Leone, II #6099
**LEONE LAW, LLC**
1345 Jefferson Boulevard
Warwick, RI 02886
Tel: 401-921-6684
Fax: 401-921-6686
aleone@leonelawllc.com

Gary F. Lynch
Gerald D. Wells, III (admitted *Pro Hac Vice*)
Stephen E. Connolly (admitted *Pro Hac Vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243
gary@lcllp.com
jerry@lcllp.com
steve@lcllp.com

*Counsel for Plaintiff Kasey Potter*

David Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue, N.W., Suite 440
Washington, DC 20015
Tel: (866) 252-0878
dlietz@milberg.com

2

Vincent L. Greene, IV
**MOTLEY RICE LLC**
40 Westminster Street, 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
vgreene@motleyrice.com

*Counsel for Frank Corrente*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

/s/ *J. Gerard Stranch, IV*
J. Gerard Stranch, IV